IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDDIE J. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv201-MHT |
| | ) | (WO) |
| LT. BENNETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining about the loss of his property by a correctional officer. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of July, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**