IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDDIE J. KELLY,                )
                               )
        Plaintiff,             )
                               )      CIVIL ACTION NO.
        v.                     )      2:24cv201-MHT
                               )          (WO)
LT. BENNETT, et al.,           )
                               )
        Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to follow a court order and failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of July, 2024.

                            /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**