IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDDIE J. KELLY,              )
                            )
        Plaintiff,          )
                            )      CIVIL ACTION NO.
        v.                  )      2:24cv201-MHT
                            )          (WO)
LT. BENNETT, et al.,        )
                            )
        Defendants.         )
```

ORDER

Upon consideration of plaintiff's notices to the court (Doc. 9 and Doc. 10), it is ORDERED that the opinion and judgment (Doc. 7 and Doc. 8) are vacated.

DONE, this the 1st day of August, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE